**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

M.L.A.R. :
Petitioner, :
v. : Case No. 4:26-cv-440-CDL-ALS
Warden, STEWART DETENTION, CENTER, et al., :
Respondents. :

**ORDER**

On April 1, 2026, Respondent, the Warden of Stewart Detention Center, filed a Motion to Dismiss in response to Petitioner's application for habeas relief. (ECF No. 6). Petitioner was notified of his right to file a response to the Motion to Dismiss (ECF No. 8), and on April 7, 2026, Petitioner filed one (ECF No. 9).

As of September 16, 2026, Petitioner's name does not appear on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. U.S. Immigration & Customs Enforcement, https://locator.ice.gov/odls/#/search (last accessed September 16, 2026). Consequently, Respondent is ordered to provide a status report with updated information regarding Petitioner's current location within **fourteen (14) days** of the date of this Order.

**SO ORDERED**, this 5th day of October, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE